UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SHANE MATTHEW BERRY, | ) | |
| | ) | Case No. 07-72977 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| WILLIAM T. NEARY, | ) | Adversary Proceeding No. 08-96061 |
| United States Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHANE MATTHEW BERRY, | ) | |
| | ) | |
| Defendant. | ) | |

### FINAL JUDGMENT ORDER

Pursuant to the findings of fact and conclusions of law made in open court on January 27, 2009, it is hereby ORDERED and ADJUDGED that:

1. On Count 1 of the United States Trustee's Amended Complaint, the Debtor-Defendant's discharge is DENIED pursuant to 11 U.S.C. § 727(a)(4);

2. On Count 2 of the United States Trustee's Amended Complaint, the Debtor-Defendant's discharge is DENIED pursuant to 11 U.S.C. § 727(a)(4);

3. On Count 3 of the United States Trustee's Amended Complaint, the Debtor-Defendant's discharge is DENIED pursuant to 11 U.S.C. § 727(a)(4);

4. On Count 4 of the United States Trustee's Amended Complaint, the Debtor-Defendant's discharge is DENIED pursuant to 11 U.S.C. § 727(a)(4);

5. On Count 5 of the United States Trustee's Amended Complaint, the Debtor-Defendant's discharge is DENIED pursuant to 11 U.S.C. § 727(a)(2).

ENTER:

Manuel Barbosa
United States Bankruptcy Judge

JAN 3 0 2009

Entered this ___ day of January 2009